IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>TRAVIS EARL EUBANKS,<br><br>*Defendant.* | Case No. 24 CR - 56 RAW |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT ONE**

**ASSAULT WITH A DANGEROUS WEAPON
WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]**

On or about January 28, 2024, in the Eastern District of Oklahoma, in Indian country, the defendant, **TRAVIS EARL EUBANKS**, an Indian, did assault Victim with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

**COUNT TWO**

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]**

On or about January 28, 2024, in the Eastern District of Oklahoma, in Indian country, the defendant, **TRAVIS EARL EUBANKS**, an Indian, did assault Victim, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*[signature]*

RYAN BONDURA, SC BAR # 104079
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY